Jason McCONNELL *v.* STATE of Arkansas

CR 03-262                                    101 S.W.3d 835

Supreme Court of Arkansas
Opinion delivered April 3, 2003

*Michael L. Allison*, for appellant.

No response.

PER CURIAM. Jason McConnell, by and through his attorney, has filed a motion for a rule on the clerk.

His attorney, Michael L. Allison, admits in his motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion, which we will treat as a motion for belated appeal. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.